# EXHIBIT 10

# ACCIDENT REPORT

# U.S. POSTAL SERVICE ACCIDENT REPORT

Dec.0 WR-2  Lost Time

Use Ball Point Pen to Complete. Press Hard

▶ Carefully read instructions in the attached booklet. Items marked with an asterisk (*) must be answered using codes in the attached booklet.

**1. Post Office, Station, Branch, Unit (City, State and Zip + 4)**
Southern MD GMF
So. Md. P+DC
9201 Edgeworth Drive
Cap. Hgts., Md. 20790-9998

**2. Finance Number:** 237481

**3. Installation ID:** EQ16 / N

**4. Accident Number:** 08004L

## General Information

**5. Kind of Accident:** 3. ☑ Industrial
**6. Fire Involved?** 1. ☑ No
**7. Accident Resulted in:** 1. ☑ Personal Injury Only
**8. Was On-Site Investigation conducted by Immediate Supervisor?** 1. ☑ Yes

**9. Ownership of Damaged Property:** — / —
**10. Estimated Property Damage:** —
**11. Accident Date:** 12 / 03 / 07
**12. Time of Day-24 Hour Military:** 2040
**13. Day of Week:** ☑ Mon

## Accident Location and Conditions

- **14. Weather:** 9
- **15. General Description of Accident Area:** 9
- **16. Building:** 08
- **17. Work Location:** 49
- **18. Specific Description of Accident Area:** 9
- **19. Rte/Sched/Op. No.:** 19a Delivery Route 218 / 19b Emp. Op. No.
- **20. Light:** 03
- **21. Surface:** 01
- **22. Surface Conditions:** 01
- **23. Circumstances Leading to Injury or Damage:** 152
- **24. Item Causing Actual Injury or Damage:** 050
- **25. Hazardous Situation Directly Related to Accident:** 97 / 98
- **26. Defective or Hazardous Equipment or Material Related to the Accident:** 98

## Motor Vehicle Accident Information
(If no vehicle was involved in the accident, skip this section) (Items 28, 35 + 36 are reserved)

(section blank)

## Involved Person(s) Information

- **37. Total No. of Accident Reports:** 02
- **38. Person I.D. No.:** 02
- **39. If Vehicle Accident Person Described Here Was:** (blank)
- **40. Name (Last Name, First, MI):** *Customer* Dudley, Larry
- **41. Age:** 48
- **42. Sex:** ☑ Male
- **43. Des. & Activ.:** 001
- **44. Injury/Illness Severity:** Y
- **45. Nature of Most Severe Injury:** 11
- **46. Part of Body Affected:** 49
- **47. Unsafe Personal Factors:** 49
- **48. Unsafe Practice:** 88
- **49. Social Security No. (Employee Only):** 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 / 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
- **50. Was Employee on Overtime Status?:** (blank)
- **51. Postal Service Experience:** Years — Mos. —
- **52. Hours of Safety Training:** —
- **53. Five Year Postal Accident Record:** No. Prior Vehicle Accidents — / No. Prior Industrial Accidents —

Accident Factor(s) & Corrective Actions on Pages 1 & 2 of Form Have Been Reviewed & Are Concurred With.

**56. Supervisor's Signature:** (signed)  **Date:** 12.3.02
**57. Supervisor's SSN:** 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
**58. Supervisor's Printed Name:** Marcus R. Boston
**Telephone No.:** 301-499-7719
**57b. Next Higher Level Mgr. Signature:** (signed)  **Date:** 12-3-07
**59. MSC Safety Officer's Signature:** (signed)  **Date:** 12/10/07

PS Form **1769**, September 1991 (p. 1 of 2)

USA00021

| 60. Is a JSA on File? | 1. ☐ Yes | 2. ☒ No | 61. Preventive Action | | cident nber | OC0041 |

(Explain how the preventive action will eliminate or reduce cause(s) and prevent similar accidents)

## Narrative/Complete Description of Accident

(Describe accident, events leading to accident, causes of injury or damage, and specific location of accident—Provide the who, what, when, where, why, and how of this accident)

On 12/3/07 at approximately 2040, Larry Dudley who is a BMEU customer was placing a skid a mail on the floor with a hand jack. As he moved the mail to the scale, he then proceeded to drop the mail on the scale and return the hand jack to the BMEU entrance. In the process of turning left, James Lyons was backing his forklift and backed into Mr. Dudley striking him on his right, lower extremeties.

## Hospital/Physician Information

| Hospital/Physician Name | Address | Area Code & Telephone No. |
|---|---|---|
| Doctor's Comm. Hosp. | 8118 Good Luck Road | 301-552-8665 |
| Treatment Date | Diagnosis | Duty Status |
| 12-3-07 | Contusion to lower right extremeties | |

## Hazardous Conditions and/or Equipment, Materials, Etc.

(Specify equipment with manufacturer name, model no., serial no., and year made. Where applicable, include vehicle ID no.)

## Vehicle Diagram (For use in motor vehicle accidents)

(Indicate on the diagram below what happened. NOTE: Vehicle driven by postal employee is identified as Federal No. 1 regardless of ownership)

1. Number Federal vehicle as 1—other vehicle as 2—additional vehicle as 3, and show direction of travel by arrow (Example: → [1] < [2] ←)
2. Use solid line to show path before accident. Broken line after accident - - - -
3. Show pedestrian by → ○
4. Show railroad by ++++++++++
5. Give names or numbers of streets or highways
6. Indicate north by arrow in this circle →○
7. Show point of impact by →X
8. Indicate skid marks & lengths
9. Indicate type & path of ejection
10. Traffic controls (signals, sign, officer, etc.)
11. Show width of roadway, traffic flow, parked vehicles, etc.

PS Form 1769, September 1991 (p. 2 of 2)

1-DETACH, FOLD AND SEND TO SERVICING SAFETY OFFICE

USA00022

# U.S. POSTAL SERVICE ACCIDENT REPORT

Use Ball Point Pen to Complete. Press Hard.

Carefully read instructions in the attached booklet. Items marked with an asterisk (*) must be answered using codes in the attached booklet.

Dec 10, 2007
Reg. duty
JSA

**Post Office, Station, Branch, Unit (City, State and Zip+4):** Southern Maryland CMF / So. Md. P+DC / 9201 Edgeworth Drive Cap. Hgts., Md. 20790-9998

**2. Finance Number:** 23748L
**3. Installation ID:** EQ16
**4. Accident Number:** 080041

## General Information

**5. Kind of Accident:** 3. Industrial
**6. Fire Involved?:** 1. No
**7. Accident Resulted in:** 1. Personal Injury Only
**8. Was On-Site Investigation conducted by Immediate Supervisor?:** 1. Yes

**11. Accident Date:** 12-03-07
**12. Time of Day-24 Hour Military:** 2040
**13. Day of Week:** 2. Mon

## Accident Location and Conditions

**14. Weather:** 9
**15. General Description of Accident Area:** 9
**16. Building:** 08
**17. Work Location:** 49
**18. Specific Description of Accident Area:** 9
**19a. Rte/Sched/Op. No.:** (Delivery Route)
**19b.:** 15
**20. Light:** 03
**21. Surface:** 01
**22. Surface Conditions:** 01
**23. Circumstances Leading to Injury or Damage:** 800 / 001
**24. Item Causing Actual Injury or Damage:** 050
**25. Hazardous Situation Directly Related to Accident:** 97
**26. Defective or Hazardous Equipment or Material Related to the Accident:** 98

no medicals

## Motor Vehicle Accident Information
(If no vehicle was involved in the accident, skip this section)

no CH-1

## Involved Person(s) Information

**37. Total No. of Accident Reports:** 02
**38. Person I.D. No.:** 01
**40. Name (Last Name, First, MI):** Lyon, James W
**41. Age:** 61
**42. Sex:** 1. Male

**43. Des. & Activ.:** 120
**44. Injury/Illness Severity:** 2
**45. Nature of Most Severe Injury:** DD
**46. Part of Body Affected:** DD
**47. Unsafe Personal Factors:** 01
**48. Unsafe Practice:** 43
**49. Social Security No.:** 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

**50. Was Employee on Overtime Status?:** 2. No
**51. Postal Service Experience:** Years 28 Mos. 0
**52. Hours of Safety Training:** 8
**53. Five Year Postal Accident Record:** No. Prior Vehicle Accidents: 0 0 / No. Prior Industrial Accidents: 0 0
**54. Pay Location:** 753
**55. LDC/FON Code:** 17 00

**66. Supervisor's Signature:** [signed] **Date:** 12-3-07
**Supervisor's SSN:** 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
**57. Next Higher Level Mgr. Signature:** [signed] **Date:** 12/3/07
**58. Supervisor's Printed Name:** Margaret R. Burton
**Telephone No.:** 3-4901-7718
**59. MSC Safety Officer's Signature:** [signed] **Date:** 12/10/07

PS Form **1769**, September 1991 (p. 1 of 2)

USA00023

| 60. Is a JSA on File? | 1. ☒ Yes | 2. No | 61. Preventive Action | D+ | Accident Number | 080041 |

(Explain how the preventive action will eliminate or reduce cause(s) and prevent similar accidents)

It will Establish Proper Job Procedures for the task. and Motivate Employees to Properly Performe task.

## Narrative/Complete Description of Accident

(Describe accident, events leading to accident, causes of injury or damage, and specific location of accident—Provide the who, what, when, where, why, and how of this accident)

On 12-3-07 at approximately 2040, Larry Dudley who is a BMEU Costumer, was Placing a skid of Mail on the floor with a hand Jack. Then he Proceeded to drop the mail on the scale and Return the hand Jack Along the wall Separating BMEU from Doorway 3. As he turned Left James Lyons was backing his fork lift and backed up to Mr. Dudley.

## Hospital/Physician Information

| Hospital/Physician Name | Address | Area Code & Telephone No. |
|---|---|---|
| Treatment Date | Diagnosis | Duty Status |

## Hazardous Conditions and/or Equipment, Materials, Etc.

(Specify equipment with manufacturer name, model no., serial no., and year made. Where applicable, include vehicle ID no.)

## Vehicle Diagram (For use in motor vehicle accidents)

(Indicate on the diagram below what happened. NOTE: Vehicle driven by postal employee is identified as Federal No. 1 regardless of ownership)

1. Number Federal vehicle as 1—other vehicle as 2—additional vehicle as 3, and show direction of travel by arrow (Example: →[1]▷ ◁[2]← )
2. Use solid line to show path before accident Broken line after accident ---[2]
3. Show pedestrian by →○
4. Show railroad by +++++++++
5. Give names or numbers of streets or highways
6. Indicate north by arrow in this circle →○
7. Show point of impact by →✗
8. Indicate skid marks & lengths
9. Indicate type & path of ejection
10. Traffic controls (signals, sign, officer, etc.)
11. Show width of roadway, traffic flow, parked vehicles, etc.

PS Form 1769, September 1991 (p. 2 of 2)

1-DETACH, FOLD AND SEND TO SERVICING SAFETY OFFICE

USA00024